THOMAS C. STEPHENS, Appellant, *v.* JOHN J. FLAMMER et al., Defendants.

PINCUS LOWENFELD et al., Respondents.

*Stephens* v. *Flammer*, 122 App. Div. 918, affirmed.
(Argued February 18, 1908; decided March 3, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1907, which affirmed an order of Special Term deny-

ing a motion to compel the respondents herein to complete their purchase of certain premises sold in foreclosure.

*Francis W. Judge, Thomas F. Keogh* and *James E. Carpenter* for appellant.

*Alexander Pfeiffer* and *Samuel Levy* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.